**People of the State of Illinois, Appellee, v. James English, Appellant.**

Gen. No. 54,157. (Abstract of Decision.)

First District, Fourth Division.

June 24, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE DRUCKER. Not to be published in full.